IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION


THELMA COOLEY                                                                    PLAINTIFF


VS.                                                               CIVIL ACTION NO. 4:05CV128LR


MARCUS EDWARD and BETTY EVANS,
Individually and in her official capacity                              DEFENDANT


ORDER


       An order was entered in this cause on June 12, 2006, granting plaintiff until June 30,

2006 to show cause why this case should not be dismissed for failure to serve process within 120

days of the date of the filing of the complaint.  The order stated,

> if such good cause is not shown, or if no response is received
> within such time, this cause will be dismissed without prejudice.

A review of the court record reflects that plaintiff has not complied with the June 12 order.

       ACCORDINGLY, IT IS ORDERED that plaintiff's complaint in this cause is

dismissed without prejudice.

       SO ORDERED this 26th day of September, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE